No. 4811.—HERNÁNDEZ, apldo., v. OCASIO, aplte.— ▮▮▮▮ ▮▮▮▮ C. D. San Juan. Dic. 11, 1928. Vista la moción que antecede sobre desestimación de la presente apelación, fundada en la supuesta carencia de jurisdicción por parte de este tribunal debido a la falta de notificación al abogado del apelado, del escrito de apelación, y apareciendo que dicho escrito fué oportunamente notificado por correo a dicho abogado, después de haberse cumplido estrictamente con todos los requisitos previos prescritos en el artículo 320 del Código de Enjuiciamiento Civil, no ha lugar a la desestimación solicitada.

No. 4815.—COSME, aplda., v. SÁNCHEZ, aplte.— ▮▮▮▮ ▮▮▮▮ C. D. Humacao. Dic. 18, 1928. Habiendo sido interpuesta la apelación en este caso el 31 de agosto del presente año sin que desde entonces haya hecho el apelante gestión alguna para tramitar su recurso y sin que haya presentado en este tribunal la transcripción de los autos, debemos desestimar y desestimamos esa apelación.

No. 4810.—SUCN. QUIÑONES, aplte., v. CENTRAL EUREKA, INC., aplda. — ▮▮▮▮ C. D. Mayagüez. Dic. 18, 1928. No habiendo hecho la apelante gestión alguna en el presente caso a partir de octubre 23, 1928, en que radicó el escrito de apelación, se declara con lugar la moción de la apelada y por tanto se desestima el recurso de apelación.